**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:   8:19-cv-3048-T-02CPT** | | **DATE:     February 4, 2020** | |
| **HONORABLE WILLIAM F. JUNG** | | | |
| **FREDD ATKINS, et al.**<br><br>          **Plaintiffs**<br><br>**v.**<br><br>**SARASOTA COUNTY, FLORIDA, et al.**<br><br>     **Defendants** | | **PLAINTIFF COUNSEL**<br>Hugh Culverhouse<br>Lawrence Kellogg<br>Tal Aburos<br><br><br>**DEFENDANT COUNSEL**<br>Andy Bardos<br>David Pearce | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Sarah Pekarik |
| **TIME:** 1:32 P.M. – 1:46 P.M.<br>**TOTAL:**  14 minutes | | **COURTROOM:** | 15B |

**PROCEEDINGS (in chambers):**    TELEPHONIC MOTION HEARING re MOTION to Dismiss for Failure to State a Claim (Doc. 14); Plaintiffs' MOTION to Expedite Scheduling Conference (Doc. 15); Defendants' MOTION for Protective Order (Doc. 17).

The following were present on the telephone line: Sarasota County Attorney Frederick Elbrecht, George Levesque, Esq., and Zach Anderson with the Sarasota Herald.

As to the Motion to Dismiss, the Court dismissed Count Three of the Amended Complaint with prejudice. Counts One and Two are not dismissed.

County Commissioners, Nancy Detert, Michael A. Moran and Alan Maio are dismissed with prejudice, upon the following authority: Fla. Stat. 125.15; *Busby v. City of Orlando*, 931 F. 2d 764 (11th Cir. 1991); *Alabama NAACP v. City of Pleasant Grove*, 372 F. Supp 3d 1333 (N.D. Ala. 2019); *Erickson v. Sarasota County,* 212 So. 2d 340 (Fla. 2d DCA 1968); *Alianell v. Fossey*, 114 So. 2d 372 (Fla. 3d DCA 1959).

The Plaintiff need not refile a second amended complaint. Defendant will answer within 10 days.

**The Court GRANTED the Motion to Expedite Scheduling Conference and set the following deadlines:**

| | |
|---|---|
| **Preliminary Injunction Hearing and Trial:** | **April 27, 2020 at 8:00 A.M.** |
| **Length of Trial:** | **5 Days** |
| **Discovery Cut-off:** | **April 17, 2020** |
| **Dispositive Motions and Motion for Injunction:** | **April 19, 2020** |

**Responses to Requests for Documents, Admissions, and Interrogatories are due within 21 days, not 30.**

The Court **GRANTED** the Motion for Protective Order prohibiting the deposition of (unconsenting) sitting County Commissioners under the authority of *Village of Arlington Heights v. Metro Housing Dev.*, 429 U.S. 252, 269-271 (1977); *Hubbard v. Bentley,* 803 F. 3d 1298 (11th Cir 2015); *Florida v. United States*, 886 F. Supp 2d. 1301 (N.D. Fla. 2012)