UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FREDD ATKINS, MICHAEL WHITE and
MARY MACK, individually and on behalf of all
others similarly situated,

       Plaintiffs,                                Case No: 8:19-cv-3048-T-02CPT

v.

SARASOTA COUNTY, FLORIDA

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Putative Class Plaintiffs, Fredd Atkins, Michael White and Mary Mack, individually and on behalf those similarly situated, together with Defendant Sarasota County, Florida, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Count II of the Amended Class Action Complaint, with each party to bear their own attorneys' fees and costs.

Dated: February 28, 2020.                        Respectfully submitted,

**Levine Kellogg Lehman**                  /s/ *Andy Bardos*
**Schneider + Grossman LLP**            Andy Bardos (FBN 822671)
*Counsel for Plaintiffs*                     George T. Levesque (FBN 555541)
Citigroup Center, 22nd Floor             GRAYROBINSON, P.A.
201 South Biscayne Boulevard          Post Office Box 11189
Miami, FL 33131                            Tallahassee, Florida 32302-3189
Telephone (305) 403-8788               Telephone: 850-577-9090
Facsimile (305) 403-8789                Facsimile: 850-577-3311
By: *Lawrence A. Kellogg*                andy.bardos@gray-robinson.com
Lawrence A. Kellogg, P.A.               george.levesque@gray-robinson.com
Florida Bar No. 328601                  *Counsel for Defendants*
Primary: lak@lklsg.com
Secondary: ah@lklsg.com
Tal Aburos, Esq.
Florida Bar No. 1010901
Primary: ta@lklsg.com
Secondary: eri@lklsg.com

| | |
|---|---|
| **Hugh F. Culverhouse** | Frederick J. Elbrecht (FBN 314609) |
| *Co-Counsel for Plaintiffs* | County Attorney |
| 121 Alhambra Plz | David M. Pearce (FBN 0107905) |
| Suite 1510 | Assistant County Attorney |
| Coral Gables, FL 33134 | OFFICE OF THE COUNTY ATTORNEY |
| Telephone (305) 285-2558 | 1660 Ringling Boulevard, Second Floor |
| Facsimile (305) 285-2550 | Sarasota, Florida 34236 |
| By: *Hugh F. Culverhouse* | Telephone: 941-861-7261 |
| Hugh F. Culverhouse, Esq. | Facsimile: 941-861-7267 |
| Florida Bar No. 195852 | relbrecht@scgov.net |
| Primary: culverhouse@bloomberg.net | dpearce@scgov.net |
| | *Counsel for Defendants* |

**Hutton & Dominko PLLC**
*Co-Counsel for Plaintiffs*
2639 Fruitville Road
Suite 302
Sarasota, FL 34237
Telephone (941) 364-9292
Facsimile (941) 364-3777

By: *Steven D. Hutton*
Steven D. Hutton, Esq.
Florida Bar No. 0342221
Primary: sdh@huttondominko.com
Przemyslaw L. Dominko, Esq.
Florida Bar No. 0074143
Primary: pld@huttondominko.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Lawrence Kellogg*
Lawrence Kellogg