# Exhibit B

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FREDD ATKINS, MICHAEL WHITE,
and MARY MACK, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.

                      Case No. 8:19-cv-03048-WFJ-CPT

SARASOTA COUNTY, FLORIDA,

    Defendant.
_____/

## DECLARATION OF PETER MORRISON

Pursuant to 28 U.S.C. § 1746, I, Peter Morrison, declare:

1. My name is Peter Morrison. I am over the age of eighteen and am competent to make this declaration.

2. I have worked in the field of demography for more than 50 years. My expertise is in the field of applied demography. I am retired from The RAND Corporation, where I was Senior Demographer and the founding director of RAND's Population Research Center. I have served on the U.S. Census Bureau Advisory Committee on Population Statistics, 1989-1995, and as an invited participant on the Bureau's Working Group on 2010 Race and Ethnicity. I have been elected as President of the Southern Demographic Association and to the Board of Directors of the Population Association of America, which are the two leading associations of professional demographers. I have taught students at the University of Pennsylvania, the RAND Graduate School, and the University of Helsinki.

3. Applied demography is part of the larger interdisciplinary field of demography. Population estimating is likewise subsumed within the field of demography. Applied demography encompasses a diverse set of endeavors that harness demographers' specialized knowledge, technical skills, and extensive familiarity with census and other administrative data sources. Practitioners are driven by practical problems. A continuously expanding body of practical knowledge is presented at annual scientific meetings and published in recognized peer-reviewed scientific journals.

4. Most applied demographers hold a Ph.D degree (or at least an M.A. degree), typically one with an emphasis on demographic training. Their careers often include experience in applied research settings, such as the U.S. Census Bureau or one of the Bureau's State Data Centers; other federal statistical agencies; city, county, or state planning agencies; and policy research institutes like RAND, The Urban Institute, or the University of Florida's Bureau of Economic and Business Research (BEBR).

5. Most applied demographers are members of one or both of two prominent scientific associations: the Population Association of America (PAA) or the Southern Demographic Association (SDA). PAA is the nation's largest and most inclusive scientific association of (mostly) academic demographers. SDA is the smaller, more specialized scientific association of (mostly) applied demographers.

6. Each association publishes its own highly respected scientific journal: *Demography* (published by PAA) and *Population Research & Policy Review* (published by SDA). Each of these scientific journals publishes a mix of academic and applied research studies, and their reach among demographers is worldwide. Applied demographers publish in

various other highly regarded scientific journals, such as *Social Science Quarterly*, *Population Studies*, and others.

7. In general, most reputable applied demographers are not lone practitioners. Rather, their reports or work product undergo some form of peer review before being issued, either informally by one's coauthor or more formally by an external reviewer. Applied demographers occasionally serve in an advisory capacity to governmental agencies and local public committees that need their specialized expertise.

8. Data are at the heart of applied demography. All data have limitations, and applied demographers devote considerable effort to assessing the limitations of data and their suitability for a particular application. The standard methods applied demographers employ have been refined through decades of use and are detailed in various recognized technical references. For most applied demographers, the single most authoritative reference is a weighty volume entitled *The Methods and Materials of Demography* (2d edition).[1]

9. Several other authoritative references focus specifically on demographic methods for estimating postcensal populations at local geographic levels (central to the issues in the present litigation). Two such authoritative references are: (1) Swanson and Tayman's book *Subnational Population Estimates* (Springer: 2012), and Smith and Cody's article, "An Evaluation of Population Estimates in Florida: April 1, 2000."[2]

---

[1] J. S. Siegel and D. A. Swanson, *The Methods and Materials of Demography* (2d ed. 2004).

[2] D. A. Swanson & J. Tayman, *Subnational Population Estimates* (Springer: 2012); S. K. Smith and S. Cody, "An Evaluation of Population Estimates in Florida: April 1, 2000," *Population Research & Policy Review* 23, at 1–24 (2004).

3

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2020.

_____
Peter Morrison