**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FREDD ATKINS, MICHAEL WHITE,
and MARY MACK, individually and on
behalf of others similarly situated,

      Plaintiffs,

                                                Case No. 8:19-cv-03048-WFJ-CPT

v.

SARASOTA COUNTY, FLORIDA,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT OF**
**SARASOTA COUNTY'S CLAIM FOR TAXABLE COSTS**

      The parties respectfully submit this notice to inform the Court that they have amicably resolved Sarasota County's claim for taxable costs. Sarasota County will not file a bill of costs. The parties consider Sarasota County's claim for taxable costs—and this case—to be resolved.

      Respectfully submitted this twenty-seventh day of May 2020.

| For Plaintiffs: | For Defendant: |
|---|---|
| | /s/ *Andy Bardos* |
| **Hugh F. Culverhouse** | Andy Bardos |
| *Co-Counsel for Plaintiffs* | Florida Bar No. 822671 |
| 121 Alhambra Plz | andy.bardos@gray-robinson.com |
| Suite 1510 | George T. Levesque |
| Coral Gables, FL 33134 | Florida Bar No. 555541 |
| Telephone (305) 285-2558 | george.levesque@gray-robinson.com |
| Facsimile (305) 285-2550 | James Timothy Moore, Jr. |
| | Florida Bar No. 70023 |
| By: *Hugh F. Culverhouse* | tim.moore@gray-robinson.com |
| Hugh F. Culverhouse, Esq. | GrayRobinson, P.A. |
| Florida Bar No. 195852 | Post Office Box 11189 |
| Primary: culverhouse@bloomberg.net | Tallahassee, Florida 32302-3189 |
| | Telephone: 850-577-9090 |
| | Facsimile: 850-577-3311 |
| | |
| | John A. Boudet, Esquire |
| | Florida Bar No. 515670 |
| | john.boudet@gray-robinson.com |
| | GrayRobinson, P.A. |
| | 301 East Pine Street, Suite 1400 |
| | Orlando, Florida 32801-2741 |
| | Telephone: 407-843-8880 |
| | Facsimile: 407-244-5690 |
| | |
| | Frederick J. Elbrecht |
| | County Attorney |
| | Florida Bar No. 314609 |
| | relbrecht@scgov.net |
| | David M. Pearce |
| | Assistant County Attorney |
| | Florida Bar No. 0107905 |
| | dpearce@scgov.net |
| | Office of the County Attorney |
| | 1660 Ringling Boulevard, Second Floor |
| | Sarasota, Florida 34236 |
| | Telephone: 941-861-7261 |
| | Facsimile: 941-861-7267 |

**CERTIFICATE OF SERVICE**

I certify that, on May 27, 2020, this document was served electronically on the individuals identified on the Service List that follows.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.

**SERVICE LIST**

| | |
|---|---|
| Levine Kellogg Lehman<br>Tal Aburos<br>Schneider + Grossman LLP<br>Citigroup Center, 22nd Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>lak@lklsg.com<br>ah@lklsg.com<br>ta@lklsg.com<br>eri@lklsg.com<br>*Attorneys for Plaintiffs* | Steven D. Hutton<br>Przemyslaw L. Dominko<br>Hutton & Dominko PLLC<br>2639 Fruitville Road, Suite 302<br>Sarasota, Florida 34237<br>sdh@huttondominko.com<br>pld@huttondominko.com<br>*Attorneys for Plaintiffs*<br><br>Hugh F. Culverhouse<br>121 Alhambra Plz, Suite 1510<br>Coral Gables, Florida 33134<br>culverhouse@bloomberg.net<br>*Attorneys for Plaintiffs* |